DAN H. ARNOLD, Appellant, *v.* POTTER, HAMILTON & BUTLER, INC., Respondent.

(Argued December 4, 1929; decided January 7, 1930.)

*George D. Carrington, Edward S. Greenbaum* and *Jonas J. Shapiro* for appellant.

*William H. Hamilton* and *Norman C. Conklin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.